# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ERIC STEWART,         :   No. 525 MAL 2016

         Petitioner    :

                      :   Petition for Allowance of Appeal from
                      :   the Order of the Commonwealth Court

        v.                   :

RAYMOND BANACH, LAWRENCE    :
FLANSBURG AND WESTFALL       :
TOWNSHIP,                     :

        Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.